JS-4

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| RITHY CHHUON, | ) | No. ED CV 12-00456-MWF (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| L. S. McEWEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: December 20, 2013

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE